

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-32,505-04

### EX PARTE STEPHEN E. DAVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 23,477-A IN THE 411TH DISTRICT COURT
### FROM POLK COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of possession of a controlled substance and sentenced to imprisonment for twelve years.

Applicant claims, *inter alia*, that trial counsel should have challenged the punishment enhancement and should have raised insanity, and he claims counsel mis-admonished him that the punishment range was up to 99 years and that he would be placed on probation. On June 23, 2015, an order designating issues was signed by the trial judge. It indicated that the trial court would resolve the controverted factual issues and would enter findings. No findings have been included in

the habeas record. We remand this application to the 411th District Court of Polk County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: September 16, 2015
Do not publish